# FILING FEES

*Summons &*
*Complaint*



Court Name: U.S. District Court
Division: 2
Receipt Number: LA008439
Cashier ID: cmcash
Transaction Date: 01/27/2011
Payer Name: LA DEPOSITIONS INC
------------------------------------
CIVIL FILING FEE
 For: LA DEPOSITIONS INC
 Case/Party: D-CAC-2-11-CV-000815-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 81547
 Amt Tendered: $350.00
------------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $45.00.

*Abselet*
*83897.0001*

*PET.*
*WRIT of MANDATE filing fee*

**Customer's Copy**

**Receipt for Payment**

**107539**

**U.S. Court of Appeals for the Ninth Circuit**

Friday, May 20, 2011 02:17:55 PM

Howard Abselet v Alliance Lending Group

**Account:** TREASURY

**Amount Paid:** $ 450.00 , Check # 11311

| Account | | Amount |
|---------|----------------------|--------|
| 86900 | Writ Of Mandamus | 100.00 |
| 510000 | Writ Of Mandamus | 150.00 |
| 86400 | Writ Of Mandamus | 200.00 |

Four Hundred Fifty and 00/100 Dollars

**Received From:**

Steptoe & Johnson
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067

Joan Ryan, Deputy Clerk



**SECRETARY OF STATE**

**STATE OF CALIFORNIA**

## Packing Slip

FIRST LEGAL SUPPORT
WRIT DEPT 1517 W. BEVERLY BLVD
LOS ANGELES CA 90026

Customer Account No:    34478197
Batch No :              3166287
Date :                  01/11/2012

| Item | Name / Reference No. | Status | Amount |
|------|---------------------|--------|--------|
| Attachment Lien - 2 pages or less | 12-7296793551 | Processed | $10.00 |
| Check | 111223 | Retained | $10.00 |
| Total Fees Charged : | | | $10.00 |
| Total Payment Received : | | | $10.00 |
| Total Debited From Customer Account : | | | $0.00 |
| Balance Credited to Customer Account : | | | $0.00 |
| Amount to be Refunded : | | | $0.00 |

**Note**

Unless specifically requested, overpayments are credited to your Customer Account for future use.
Any balance credited to the Customer Account may be refunded upon request.

UNIFORM COMMERCIAL CODE  1500 11TH STREET, 2ND FL. · SACRAMENTO, CA 95814 · PO  BOX 942835 · SACRAMENTO, CA 94235-0001 · 916 653 3516 · HTTPS://UCCCONNECT.SS.CA.GOV

PROGRAMS  ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

Attachment to Bill of Costs, page 7



### SECRETARY OF STATE
### STATE OF CALIFORNIA

## Packing Slip

FIRST LEGAL SUPPORT
WRIT DEPT 1517 W. BEVERLY BLVD
LOS ANGELES CA 90026

Customer Account No:   34478197
Batch No :   3166290
Date :   01/11/2012

| Item | Name / Reference No. | Status | Amount |
|---|---|---|---|
| Attachment Lien - 3 pages or more | 12-7296795199 | Processed | $20.00 |
| Check | 115766 | Retained | $20.00 |
| Total Fees Charged : | | | $20.00 |
| Total Payment Received : | | | $20.00 |
| Total Debited From Customer Account : | | | $0.00 |
| Balance Credited to Customer Account : | | | $0.00 |
| Amount to be Refunded : | | | $0.00 |

**Note**

Unless specifically requested, overpayments are credited to your Customer Account for future use.
Any balance credited to the Customer Account may be refunded upon request.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. - SACRAMENTO, CA 95814 - PO BOX 942835 - SACRAMENTO, CA 94235-0001 - 916 653 3516 - HTTPS://UCCCONNECT.SS.CA.GOV

PROGRAMS: ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

Attachment to Bill of Costs, page 8

FIRST LEGAL SUPPORT
WRIT DEPT
1517 W. BEVERLY BLVD
LOS ANGELES CA-90026

Return Method: US Mail
Document Number: 31662900002
Printed on: 01/11/2012 16:50:32



# SECRETARY OF STATE
## STATE OF CALIFORNIA

## Packing Slip

FIRST LEGAL SUPPORT
WRIT DEPT 1517 W. BEVERLY BLVD
LOS ANGELES CA 90026

Customer Account No:    34478197
Batch No :              3166295
Date :                  01/11/2012

| Item | Name / Reference No. | Status | Amount |
|------|---------------------|--------|--------|
| Attachment Lien - 3 pages or more | 12-7296795694 | Processed | $20.00 |
| Check | 115767 | Retained | $20.00 |

| | |
|---|---|
| Total Fees Charged : | $20.00 |
| Total Payment Received : | $20.00 |
| Total Debited From Customer Account : | $0.00 |
| Balance Credited to Customer Account : | $0.00 |
| Amount to be Refunded : | $0.00 |

**Note**

Unless specifically requested, overpayments are credited to your Customer Account for future use.
Any balance credited to the Customer Account may be refunded upon request.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. - SACRAMENTO, CA 95814 - PO BOX 942835 - SACRAMENTO, CA 94235-0001 - 916 653 3516 - HTTP://UCCCONNECT.SS.CA.GOV

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

Attachment to Bill of Costs, page 10

FIRST LEGAL SUPPORT
WRIT DEPT
1517 W. BEVERLY BLVD
LOS ANGELES CA-90026

Return Method: US Mail
Document Number: 31662950002
Printed on: 01/11/2012 16:44:22



*83891.001*

## UCC Filing Acknowledgement

04/06/2012

NEUBAUER MARK
2121 AVE OF THE STARS, SUITE 2800
LOS ANGELES CA 90064

Filing Fee:      $5.00

Total Fee:      **$5.00**

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement**       File Date: **04/06/2012**      File Time: **09:44**

Filing Number: **12-7307663035**      Lapse Date: **04/06/2017**

<u>Debtor(s):</u>
ORGANIZATION      **ALLIANCE LENDING GROUP, INC.**

> **660 S. FIGUEROA STREET, 24TH FLOOR LOS ANGELES CA USA 90017**

INDIVIDUAL      **YASHOUAFAR, MASSOUD, AARON,**

> **660 S. FIGUEROA STREET, 24TH FLOOR LOS ANGELES CA USA 90017**

INDIVIDUAL      **YASHOUAFAR, SOLYMAN, ,**

> **660 S. FIGUEROA STREET, 24TH FLOOR LOS ANGELES CA USA 90017**

<u>Secured Party(ies):</u>
INDIVIDUAL      **ABSELET, HOWARD, L.,**

> **114 PINE STREET PORT JEFFERSON STATION NY USA 11776**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 · (916) 653-3516 · HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM, MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM



*8389 7.001*

## UCC Filing Acknowledgement

04/06/2012

NEUBAUER MARK A.
2121 AVE OF THE STARS, SUITE 2800
LOS ANGELES CA 90064

| | |
|---|---|
| Filing Fee: | $5.00 |
| Total Fee: | $5.00 |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

**Filing Type: Financing Statement**      File Date: **04/06/2012**      File Time: **09:34**

Filing Number: **12-7307652861**      Lapse Date: **04/06/2017**

**Debtor(s):**
ORGANIZATION                 **ALLIANCE LENDING GROUP, INC.**

**660 S. FIGUEROA STREET, 24TH FLOOR LOS ANGELES CA USA 90017**

INDIVIDUAL                   **YASHOUAFAR, MASSOUD, AARON,**

**660 S. FIGUEROA STREET, 24TH FLOOR LOS ANGELES CA USA 90017**

INDIVIDUAL                   **YASHOUAFAR, SOLYMAN, ,**

**660 S. FIGUEROA STREET, 24TH FLOOR LOS ANGELES CA USA 90017**

**Secured Party(ies):**
INDIVIDUAL                   **ABSELET, HOWARD, L.,**

**114 PINE STREET PORT JEFFERSON STATION NY USA 11776**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 · (916) 653-3516 · HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

| From: | McLoughlin, Susan |
| Sent: | Friday, April 13, 2012 2:30 PM |
| To: | Neubauer, Mark |
| Cc: | Rodriguez, Maria; 83897.0001 (FILE_AllianceLending) |
| Subject: | Abselet - NY UCC filing - FW: NYS DOS UCC Public Filing: 201204068121859 |
| Attachments: | 201204068121859.pdf |

**From:** McLoughlin, Susan **On Behalf Of** Neubauer, Mark
**Sent:** Friday, April 13, 2012 2:29 PM
**To:** McLoughlin, Susan
**Subject:** FW: NYS DOS UCC Public Filing: 201204068121859

**From:** NYS DOS UCC [mailto:corpcert@dos.ny.gov]
**Sent:** Friday, April 06, 2012 9:02 AM
**To:** Neubauer, Mark
**Subject:** NYS DOS UCC Public Filing: 201204068121859

## New York State Department of State
## Uniform Commercial Code

### ACKNOWLEDGMENT OF FILING

### PLEASE PRINT THIS E-MAIL FOR YOUR RECORDS

The Electronic UCC Financing Statement (or Electronic UCC Financing Statement Amendment) submitted to the Department of State by the UCC e-Filing System has been accepted and filed.

The Department of State has created an image by placing the data submitted in the Electronic UCC Financing Statement (or Electronic UCC Financing Statement Amendment) on a form that is substantially similar to the official written ucc-1 form (or ucc-3 form). The image is attached to this E-Mail.

The image created has been assigned the following file number: 201204068121859 (Opens new window)
Date of filing: 04/06/2012
Time of filing: 12:00 PM

A Credit/Debit Card with last 4 digits: 3565 has been charged $20.00.
The Credit/Debit Card Confirmation Code is: 00333D

1

Certain information regarding filed UCC Documents may be viewed on the Department of State's Uniform Commercial Code Public Inquiry System 201204068121859 (Opens new window).

If you have questions or comments about the UCC online services, please contact us at: UCC (Opens new window)

or write us at:

UCC Contact

---

New York State Home Page (Opens new window) NYS Department of State Home Page (Opens new window)

NYS DOS UCC Home Page (Opens new window)

Hope Andrade
Secretary of State

## Office of the Secretary of State

April 13, 2012
Page 1 of 1

| | |
|---|---|
| Filing Fee: | $5.00 |
| **Total Filing Fee:** | **$5.00** |

Mark A Neubauer

2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067 - 5052

Re: **Texas UCC Initial Filing Acknowledgment**

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Financing Statement**

Initial Filing Number: **12-0011685175**　　　　Filing Date: **04/13/2012**　　　Filing Time: **4:52 p.m.**

Lapse Date: **04/13/2017**　　　　　　　　Document Number: **417298900002**

| Party Type | Party Name and Address |
|---|---|
| Debtor | **ALLIANCE LENDING GROUP, INC.** |
| | **660 S, FIGUEROA STREET, 24TH FLOOR, LOS ANGELES, CA, USA, 90017** |
| Debtor | **YASHOUAFAR MASSOUD AARON** |
| | **660 S. FIGUEROA STREET, 24TH FLOOR, LOS ANGELES, CA, USA, 90017** |
| Debtor | **YASHOUAFAR SOLYMAN** |
| | **660 S. FIGUEROA STREET, 24TH FLOOR, LOS ANGELES, CA, USA, 90017** |
| Secured Party | **ABSELET HOWARD L.** |
| | **114 PINE STREET, PORT JEFFERSON STATION, NY, USA, 11776** |

Please feel free to contact us at 512-475-2703 if you have any questions regarding the above information.

User ID: WEBSUBSCRIBER

# FEES FOR SERVICE OF PROCESS



**U.S. Legal Management Services, Inc**

**Mail Payments to:**
**U. S. Legal Management Services, Inc.**
**File 749286**
**Los Angeles, CA 90074-9286**

## invoice

| INVOICE NUM | CUSTOMER |
|---|---|
| 1137191 | 11161 |

| INVOICE DATE | PAY AMOUNT |
|---|---|
| 1/31/11 | |

STEPTOE & JOHNSON- CENTURY CITY
2121 AVENUE OF THE STARS
STE 2800
LOS ANGELES, CA 90067

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE |
|---|---|---|---|---|

| 1/31/11 | 4842455 | REP | STEPTOE & JOHNSON-CENTURY CITY 2121 AVENUE OF THE STARS LOS ANGELES    CA 90067 Caller: MARIA RODRIGUEZ Case No.: CV11 00815 JFW JEMX Signed: Jackie Wells/asst | SODA PARTNERS, LLC 10250 CONSTELLATION LOS ANGELES    CA 90067 Case Title: ABSELET V ALLIANCE L Ref: 83897-0001 | Base Chg : 75.00 Fuel Chge : 4.50 | 79.50 |
| PROCESS-4 DAYS | | | | | | |

2124

# U.S. Legal
# Management Services, Inc.

TAX ID#34-2003879

*** REPRINT ***

**INVOICE**

| Invoice No. | Customer No. |
|---|---|
| 1137783 | 11161 |
| Invoice Date | Total Due |
| 2/15/11 | |

STEPTOE & JOHNSON- CENTURY CITY
2121 AVENUE OF THE STARS
STE 2800
LOS ANGELES, CA 90067

**Mail Payments to:**
**U.S. Legal Management**
**Services, Inc.**
**File 749286**
**Los Angeles, CA 90074—9286**

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|

| Date | Order No. | Svc | | Service Detail | Charges | Total |
|---|---|---|---|---|---|---|

| 1/31/11 | 4841463 | BAP | STEPTOE & JOHNSON-CENTURY CITY<br>2121 AVENUE OF THE STARS<br>LOS ANGELES    CA 90067<br>Caller: MARIA RODRIGUEZ<br>Case No.: CV1100815<br>Signed: John Doe, security | Alliance Lending Group Inc.<br>638 Lindero Canyon<br>OAK PARK    CA 91301<br>Comment: 2nd add & mtpl atts<br>Case Title: Abselet v Alliance<br>Ref: 83897-0001 | Base Chg : 149.50<br>Atmpt/Addr: 164.50<br>Fuel Chge : 18.84 | 332.84 |
| PROCESS-BRANCH ASAP | | | | | | |

Attachment to Bill of Costs, page 21



U.S. Legal Management Services, Inc

**Mail Payments to:**
**U. S. Legal Management Services, Inc.**
**File 749286**
**Los Angeles, CA 90074-9286**

## invoice

| INVOICE NUM | CUSTOMER |
|---|---|
| 1137191 | 11161 |
| INVOICE DATE | PAY AMOUNT |
| 1/31/11 | |

STEPTOE & JOHNSON- CENTURY CITY
2121 AVENUE OF THE STARS
STE 2800
LOS ANGELES, CA 90067

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

TAX ID# 34-2003879

| CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE |
|---|---|---|---|---|

| 1/31/11 PROCESS-SAME DAY | 4841556 APS | STEPTOE & JOHNSON-CENTURY CITY 2121 AVENUE OF THE STARS LOS ANGELES CA 90067 Caller: MARIA RODRIGUEZ Case No.: CV11-00815-JFW (JEMx Signed: John Doe, p i c | MASSOUD AARON YASHOUAFAR 600 S. FIGUEROA ST LOS ANGELES CA 90017 Comment: MULTIPLE ATTS/ADDS Case Title: ABSELET v ALLIANCE L Ref: 83897-001 | Base Chg : 82.25 Atmpt/Addr: 164.50 Fuel Chge : 4.94 | 251.69 |
| 1/31/11 PROCESS-SAME DAY | 4841559 APS | STEPTOE & JOHNSON-CENTURY CITY 2121 AVENUE OF THE STARS LOS ANGELES CA 90067 Caller: MARIA RODRIGUEZ Case No.: CV11-00815-JFW (JEMx Signed: John Doe, p i c | SOLYMAN YASHOUAFAR 600 S. FIGUEROA ST LOS ANGELES CA 90017 Case Title: ABSELET v ALLIANCE L Ref: 83897-001 | Base Chg : 35.00 | 35.00 |

Attachment to Bill of Costs, page 22

# U.S. Legal
# Management Services, Inc.

TAX ID#34-2003879

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 1137783 | 11161 |
| Invoice Date | Total Due |
| 2/15/11 | |

STEPTOE & JOHNSON- CENTURY CITY
2121 AVENUE OF THE STARS
STE 2800
LOS ANGELES, CA 90067

Mail Payments to:
**U.S. Legal Management**
**Services, Inc.**
**File 749286**
**Los Angeles, CA 90074—9286**

BILLING QUESTIONS CALL:
BILLING DEPT (213) 402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 402-9007

# INVOICE

| Customer No. | Invoice No. | Period Ending | Amount Due | Pay |
|---|---|---|---|---|

| Date | Ord No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 2/07/11 | 4847167 | APS | STEPTOE & JOHNSON-CENTURY CITY<br>2121 AVENUE OF THE STARS<br>LOS ANGELES      CA 90067<br>Caller: MARIA RODRIGUEZ<br>Signed: John Doe | HAMID J. NOURMAND<br>660 S FIGUEROA ST<br>LOS ANGELES      CA 90017<br>Comment: 3 attempts<br>Ref: 83897-001 | Base Chg : 82.25<br>Atmpt/Addr: 82.25<br>Fuel Chge : 4.94 | 169.44 |
| 2/07/11 | 4847169 | APS | STEPTOE & JOHNSON-CENTURY CITY<br>2121 AVENUE OF THE STARS<br>LOS ANGELES      CA 90067<br>Caller: MARIA RODRIGUEZ<br>Signed: Trans to Inv | MALIBU RECONVEYANCE LLC<br>21000 DEVONSHIRE<br>CHATSWORTH      CA 91311<br>Comment: 5 attempts<br>Ref: 83897-001 | Base Chg : 149.50<br>Atmpt/Addr: 299.00<br>Fuel Chge : 8.97 | 457.47 |

PROCESS-SAME DAY

PROCESS-SAME DAY

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

 **First Legal Investigations**

FIRST LEGAL INVESTIGATION
TAX ID# 91-2199437

**Mail Payments to:**
**First Legal Investigations**
P. O. Box 26336
Los Angeles, CA 90026

**invoice**

| 19671 | 97232 |
|-------|-------|
| 2/15/11 | 275.00 |

STEPTOE & JOHNSON-CENTURY CITY
2121 AVENUE OF THE STARS
SUITE 2800
LOS ANGELES, CA 90067

BILLING QUESTIONS CALL:
JASON G. (714) 550-1375
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| | | | 97232 | 19671 | 2/15/11 | 275.00 | 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/15/11 | 328294 | LOC | STEPTOE & JOHNSON-CENTURY CITY 2121 AVENUE OF THE STARS LOS ANGELES CA 90067 Caller: MARIA RODRIGUEZ | | MALIBU RECONVEYANCE LLC 21000 DEVONSHIRE CHATSWORTH CA 91311 Comment: INVESTIGATION LOCATE INVESTIGATION-LOCATE | . INVEST CHG: | 275.00 | | 275.00 |
| LOCATE | | | SUMMONS & COMPLAINT Signed: E-REPORT SENT | | Ref: 83897-001 | | | | |

Please pay->   275.00

X _____
Linda Rosensweig

**INVOICE PAYMENT DUE UPON RECEIPT**

Attachment to Bill of Costs, page 24



# First Legal Investigations

FIRST LEGAL INVESTIGATION
TAX ID# 91-2199437

**Mail Payments to:**
**First Legal Investigations**
P. O. Box 26336
Los Angeles, CA 90026

## invoice

| 19769 | 97232 |
|-------|-------|
| 2/28/11 | 608.02 |

STEPTOE & JOHNSON-CENTURY CITY
2121 AVENUE OF THE STARS
SUITE 2800
LOS ANGELES, CA 90067

BILLING QUESTIONS CALL:
JASON G. (714) 550-1375
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| | | | 97232 | 19769 | 2/28/11 | 608.02 | 1 | | |
|---|---|---|---|---|---|---|---|---|---|
| 2/17/11 | 328337 | SOP | STEPTOE & JOHNSON-CENTURY CITY<br>2121 AVENUE OF THE STARS<br>LOS ANGELES   CA 90067<br>Caller: MARIA RODRIGUEZ<br><br>SUMMONS & COMPLAINT<br><br>Signed: S/S "JANE DOE"- OCCPNT | | MALIBU RECONVEYANCE LLC<br>7050 BERTRAND AVENUE<br>RESEDA   CA 91335<br>Comment: MULT ATTS/ADDS<br>DOB: 04/29/1954<br><br>ASAP ASAP ASAP ASAP<br><br>Ref: 83897-001 | PROCESS   :<br>ATMPT/ADD :<br>MILEAGE   : | 138.50<br>415.50<br>54.02 | 608.02 |
| INVESTIGATION | PROCESS | | | | | | | | |

Please pay->    608.02

X _____

Linda Rosensweig

**INVOICE PAYMENT DUE UPON RECEIPT**



# U.S. Legal Management Services Inc.

File 749286 Los Angeles, CA 90074-9286

TAX ID#34-2003879

# INVOICE

| | |
|---|---|
| 1147426 | |
| 11/30/11 | |

STEPTOE & JOHNSON- CENTURY CITY
2121 AVENUE OF THE STARS
STE 2800
LOS ANGELES, CA 90067

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | | 1147426 | 11/30/11 | | 1 | | |
|---|---|---|---|---|---|---|---|---|

| 11/15/11 | 5097653 | FSP | STEPTOE & JOHNSON-CENTURY CITY<br>2121 AVENUE OF THE STARS<br>LOS ANGELES    CA 90067<br>Caller: Aja N. Clark | AT&T C/O CT CORP<br>350 N. ST PAUL STREET<br>DALLAS     TX 75201 | Base Chg : | 279.00 | 279.00 |
|---|---|---|---|---|---|---|---|
| PROCESS-FORWARD SAME DAY | | | | Case Title: ABSELET VS. ALLIANCE | | | |
| | | | 11/18 @ 10AM<br>Signed: MARIE GARCIA | Ref: ABSELET VS. ALLIANCE | | | |

83897.0001

Attachment to Bill of Costs, page 26

# First Legal Network LLC

PO Box 749806 Los Angeles, CA 90074–9806

# INVOICE

| | |
|---|---|
| Invoice No. | Customer No. |
| Invoice Date | Total Due |
| 1/15/12 | |

STEPTOE & JOHNSON- CENTURY CITY
2121 AVENUE OF THE STARS
STE 2800
LOS ANGELES, CA 90067

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| | 146737 | 1/15/12 | | 1 |

| Date | Order No | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 1/02/12 WRIT LEVY | 5122844 | WRT | STEPTOE & JOHNSON-CENTURY CITY 2121 AVENUE OF THE STARS LOS ANGELES CA 90067 Caller: M. RODRIGUEZ Wait: 112 Min REGISTER 9 ATTACHMEN Signed: all levies registered | US MARSHAL 255 E TEMPLE LOS ANGELES CA 90012 Comment: 9 levies mtlpe filed ( 3 DEP 3 BANKS) AND Ref: 83897-0001 | Base Chg : Wait : Adv/Wit Ck: | 107.75 120.00 663.00 | 890.75 |
| 1/02/12 WRIT LEVY | 5122845 | WRT | STEPTOE & JOHNSON-CENTURY CITY 2121 AVENUE OF THE STARS LOS ANGELES CA 90067 Caller: M. RODRIGUEZ SIGN DATE SERVE 3 Signed: 3 levies srv 6 mail | CALIFORNIA BUSINESS BANK 800 W. 6TH ST LOS ANGELES CA 90017 Comment: atml srv6 stkmltllvy LEVIES Ref: 83897-0001 | Base Chg : Atmpt/Addr: StkOt/Misc: | 107.75 60.00 70.00 | 237.75 |
| 1/02/12 WRIT LEVY | 5122846 | WRT | STEPTOE & JOHNSON-CENTURY CITY 2121 AVENUE OF THE STARS LOS ANGELES CA 90067 Caller: M. RODRIGUEZ SIGN DATE SERVE 3 Signed: MTPL SRV MYPL MAIL | ISRAEL DISCOUNT BANK 888 S. FIGUEROA #550 LOS ANGELES CA 90017 Comment: MTPLE MAIL MTPLE DOC LEVIES Ref: 83897-0001 | Base Chg : Atmpt/Addr: StkOt/Misc: | 107.75 60.00 70.00 | 237.75 |
| 1/02/12 WRIT LEVY | 5122847 | WRT | STEPTOE & JOHNSON-CENTURY CITY 2121 AVENUE OF THE STARS LOS ANGELES CA 90067 Caller: M. RODRIGUEZ SIGN DATE SERVE 3 Signed: MPTPL SRVE MTPL MAIL | HSBC BANK 660 S. FIGUEROA LOS ANGELES CA 90017 Comment: MTPL MAIL MTPL DOC LEVIES Ref: 83897-0001 | Base Chg : Atmpt/Addr: StkOt/Misc: | 107.75 60.00 70.00 | 237.75 |
| 1/02/12 WRIT LEVY | 5122848 | WRT | STEPTOE & JOHNSON-CENTURY CITY 2121 AVENUE OF THE STARS LOS ANGELES CA 90067 Caller: M. RODRIGUEZ SIGN DATE SERVE 3 Signed: MAIL SRVED /COMPLETE | SEC STATE P.O. BOX 942835 SACRAMENTO CA Comment: 3 LEVIES SIGN ML FLE LEVIES Ref: 83897-0001 | Base Chg : Adv/Wit Ck: Check Chg : | 300.00 50.00 5.00 | 355.00 |
| 1/02/12 WRIT LEVY | 5122849 | WRT | STEPTOE & JOHNSON-CENTURY CITY 2121 AVENUE OF THE STARS LOS ANGELES CA 90067 Caller: M. RODRIGUEZ Wait: 76 Min ADVISE SET UP COMP Signed: completed filed 27-12 | U.S. MARSHAL 255 E. TEMPLE #346 LOS ANGELES CA 90012 Comment: stk=writ project AND FILE 12 LEVIES Ref: 83897-0001 | Base Chg : Wait : StkOt/Misc: | 107.75 60.00 900.00 | 1,067.75 |

Continued

X _____
                Linda Rosensweig

## INVOICE PAYMENT DUE UPON RECEIPT

# REPORTER'S TRANSCRIPT

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

INVOICE NO: 20120032

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Mark A. Neubauer<br>Steptoe & Johnson, LLP<br>Attorneys at Law<br>2121 Avenue of the Stars, 28th Fl.<br>Los Angeles, CA 90067<br><br>Phone: (310) 734-3227 | VICTORIA L. VALINE, CSR, RMR,CRR<br>Federal Official Court Reporter<br>U.S. District Courthouse<br>312 N. Spring Street, Room 440<br>Los Angeles, CA 90012<br><br>Phone: (213) 625-1580<br><br>Tax ID: 61-1598341<br>www.victoriavalinecsr.com |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED:<br>03-19-2012 | DATE DELIVERED:<br>03-20-2012 |
|---|---|---|

**Case Style:** CV 11-815-JFW, Howard Abselet v Alliance Lending Group
Reporter's SEALED transcript of February 10, 2012 hearing before the Hon.
John F. Walter.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 22 | 7.26 | 159.72 | 22 | 1.20 | 26.40 | 22 | 0.90 | 19.80 | 205.92 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 205.92 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $205.92 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *s/Victoria L. Valine* | DATE 03-20-2012 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

Attachment to Bill of Costs, page 29

**Rodriguez, Maria**

| | |
|---|---|
| **From:** | Vanessa Vargas <vvargas@dtrac.firstlegalsupport.com> |
| **Sent:** | Tuesday, March 20, 2012 2:06 PM |
| **To:** | Rodriguez, Maria |
| **Subject:** | Confirmation 5192567 from First Legal |

Thank you for your order. Please contact First Legal if you have any questions or changes.

NOTE: This is an automatic email confirmation. Please do not reply to the 'From' email address.

ORDER DETAILS

Control Number: 5192567
Submitted Time: 3/20/12 13:59

Submitter Name: MARIA RODRIGUEZ
Submitter Phone: (310) 734-3200
Submitter Email: mrodriguez@steptoe.com

Account Number: 4339
Service Type: FAXFILE
Pieces: 1
Weight: 0
Reference: 83897.0001

Pickup Date: 3/20/12
Pickup Time: NOW

PICKUP FROM:
STEPTOE & JOHNSON-CENTURY CITY
Attn:
2121 AVENUE OF THE STARS
LOS ANGELES CA 90067
(310) 734-3200

Case Number: CV11-815-JFW
Case Name: ABSELET V ALLIANCE LENDING

DELIVER TO:
USDC-LOS ANGELES
Attn: 10AM-4PM
312 NORTH SPRING STREET
LOS ANGELES CA 90012-4719
(213) 894-5261

DOCUMENTS:
ADVANCE FEES & P/U TRANSCRIPT

1

Attachment to Bill of Costs, page 30

INSTRUCTIONS:
ADVANCE FEES $205.92PAYABLE TO: VICTORIA
L. VALINE          PLACE CHECK UNDER IF
VICTORIA IS UNAVAILABLE. DELIVER TO STEP TOE IMMEDIATELY ATTNMARK NEUBAUER!!!

Thank you again for using First Legal

# FEES FOR COPIES & PREPARATION OF TRIAL BINDERS

```
        L.A.S.C. - SANTA MONICA COURT
           1725 MAIN STREET
         SANTA MONICA CA 90401

   DATE PAID:  03/21/11  12:38:54 PM
   RECEIPT #:   SM500649050


   CIT/CASE: SC111198 LEA/DEF#:

   PAYMENT:  $144.50              0310
   RECEIVED:
          CHECK:     144.50
          CASH:
          CHANGE:
          CARD:
```

```
===================================================================
505 |10:36 |  401 |  3/16/11| 12:00| 12:00 |     |
    |      |      |         |      |       |     |
===================================================================

    |      |      |        |      |       |     |
    |      |      |        |      |       |     |
===================================================Cntrl#=========
  4339|STEPTOE & JOHNSON-CENTURY CITY   | ASPRSCH |   | 4878439 | 46
===================================================================

  MARIA RODRIGUEZ | 83897.0001          |  1/  1      | 3/16/11 |
  pu info:==============================|=============|=========|
=====
  LASC-SANTA MONICA                     |             | 3/16/11 |
  1725 MAIN STREET                      |             |         |
  SANTA MONICA     CA    90401          |             |         |
  310 260-3766    Ext:3626  Zns: 28/5   |             |         |
  8:30AM-4:30PM    Rm:DEPTS A-E,G-Q     |             |         |
                                        |             | ** RE-PRINT **
  del info:============================================================
  STEPTOE & JOHNSON-CENTURY CITY        | sc111198       | 3/16/11 |
  2121 AVENUE OF THE STARS              | Yashou vs Van Nuys p|    | 401
  LOS ANGELES      CA   90067           | see e-mail     |         |
  310 734-3200            Zns: 20/4     |                |To:10:33 |
            Rm:STE 2800                 |                |         |
                                        |  3/16/11  10:33|  Yes    | ???
```

**Rodriguez, Maria**

| | |
|---|---|
| **From:** | Erika Deliz [edeliz@dtrac.firstlegalsupport.com] |
| **Sent:** | Thursday, March 24, 2011 10:29 AM |
| **To:** | Rodriguez, Maria |
| **Subject:** | First Legal conf. for Ctrl# 4878549 |

```
                      FIRST LEGAL SUPPORT-LA

ATTN: MARIA RODRIGUEZ
38
CTRL:  4878549   ORDER DATE: 3/16/11   SERVICE TYPE: BASRSCH
CUST:  4339 STEPTOE & JOHNSON-CENTURY CITY      REF: 83897.0001

PU: SECRETARY OF STATE-SACRAMENTO     DL: STEPTOE & JOHNSON-CENTURY CITY
    1500 11TH STREET                      2121 AVENUE OF THE STARS
    SACRAMENTO      CA  95814             LOS ANGELES      CA  90067
    RM:CORPORATE                          RM:STE 2800

                                      ADV.FEES $  28


DEL DATE:  3/23/11   TIME: 10:25   SIGN: obtained
```

*SEC of STATE DOCS re Van Nuys Plywood*

From:          Erika Deliz [edeliz@dtrac.firstlegalsupport.com]
Sent:          Thursday, March 24, 2011 10:29 AM
To:            Rodriguez, Maria
Subject:       First Legal conf. for Ctrl# 4878558

```
                    FIRST LEGAL SUPPORT-LA

ATTN: MARIA RODRIGUEZ
38
CTRL:  4878558    ORDER DATE:  3/16/11    SERVICE TYPE: BASRSCH
CUST:  4339 STEPTOE & JOHNSON-CENTURY CITY      REF: 83897.0001

PU: SECRETARY OF STATE-SACRAMENTO     DL: STEPTOE & JOHNSON-CENTURY CITY
    1500 11TH STREET                      2121 AVENUE OF THE STARS
    SACRAMENTO       CA   95814           LOS ANGELES      CA   90067
    RM:CORPORATE                          RM:STE 2800

                                          ADV.FEES $   27


DEL DATE:  3/23/11    TIME: 10:25    SIGN: OBTAINED
```

SEC of STATE DOCS re
SODA PARTNERS

1

**Rodriguez, Maria**

| | |
|---|---|
| **From:** | Erika Deliz [edeliz@dtrac.firstlegalsupport.com] |
| **Sent:** | Friday, March 25, 2011 9:16 AM |
| **To:** | Rodriguez, Maria |
| **Subject:** | First Legal conf. for Ctrl# 4878559 |

```
                    FIRST LEGAL SUPPORT-LA

ATTN: MARIA RODRIGUEZ
38
CTRL:  4878559     ORDER DATE:  3/16/11    SERVICE TYPE: BASRSCH
CUST:  4339 STEPTOE & JOHNSON-CENTURY CITY      REF: 83897-0001

PU: SECRETARY OF STATE-SACRAMENTO     DL: STEPTOE & JOHNSON-CENTURY CITY
    1500 11TH STREET                      2121 AVENUE OF THE STARS
    SACRAMENTO      CA  95814             LOS ANGELES      CA  90067
    RM:CORPORATE                          RM:STE 2800

                                          ADV.FEES $   29


DEL DATE:  3/24/11    TIME: 16:00    SIGN: OBTAINED
```

*sec of state re Malibu*

Absolute no copies

L.A.S.C. - BEVERLY HILLS COURT
9355 BURTON WAY
BEVERLY HILLS CA 90210

DATE PAID: 04/01/11 11:16:19 AM
RECEIPT #: BH458341013

CIT/CASE: 11U00170 LEA/DEF#:

PAYMENT: $3.50
RECEIVED: 0310
        CHECK: 3.50
        CASH:
        CHANGE:
        CARD:

Attachment to Bill of Costs, page 38



# Invoice



**Pro Doc Technologies**

1207 W. 6th Street
Los Angeles, CA 90017
Phone     (213) 250-7157
Fax        (213) 250-9759
Web Site  www.prodoctech.com

"Centered On Service"

| Date | Invoice # |
|------|-----------|
| 5/25/2011 | 10063 |

| Bill To | Ship To |
|---------|---------|
| Steptoe & Johnson, LLP<br>Attn: Maria Rodriguez<br>2121 Avenue Of The Stars, Suite 2800<br>Los Angeles, CA 90067 | Steptoe & Johnson, LLP<br>Attn: Maria Rodriguez<br>2121 Avenue Of The Stars, Suite 2800<br>Los Angeles, CA 90067 |

| Terms | Rep | Ship Date | Job # | Client Matter: |
|-------|-----|-----------|-------|----------------|
| Net 30 | MR | 5/19/2011 | 09186.05 | 83897.0001 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Client Matter: 83897.0001 (Howard L. Abselet)<br>Exhibit Docs w/ 4 Volumes; Copy x 9 Sets. Provide Tabs, Custom Tabs & Velo Bind All Including Original Set. | | | |
| | | | |
| Heavy Litigation w/Tab Inserting | 9,306 | 0.14 | 1,302.84T |
| Color Digital Copies | 576 | 0.75 | 432.00T |
| Tabs; Various Bottom & Side | 756 | 0.25 | 189.00T |
| Custom Tabs w/ Text | 90 | 0.50 | 45.00T |
| Velo Binding Copies & Originals | 40 | 2.50 | 100.00T |

Thank you for your business. Tax ID # 80-0308533

| | |
|---|---|
| **Subtotal** | $2,068.84 |
| **Sales Tax (9.75%)** | $201.71 |
| **Balance Due** | $2,270.55 |

**Rodriguez, Maria**

| | |
|---|---|
| **From:** | Susana Huerta Csr <shuerta@dtrac.firstlegalsupport.com> |
| **Sent:** | Wednesday, July 27, 2011 2:23 PM |
| **To:** | Rodriguez, Maria |
| **Subject:** | First Legal conf. for Ctrl# 4990594 |

FIRST LEGAL SUPPORT-LA

ATTN: MARIA RODRIGUEZ
083
CTRL: 4990594    ORDER DATE: 7/27/11    SERVICE TYPE: SDRSCH
CUST: 4339 STEPTOE & JOHNSON-CENTURY CITY        REF: 83897.0001

PU: LASC-SANTA MONICA            DL: STEPTOE & JOHNSON-CENTURY CITY
  1725 MAIN STREET            2121 AVENUE OF THE STARS
  SANTA MONICA   CA 90401        LOS ANGELES    CA 90067
  RM:DEPTS A-E,  TO SEE: 8:30AM-4:30P   RM:STE 2800
    RTRN COPY ON RUN
                 ADV.FEES $  14


DEL DATE: 7/27/11   TIME: 14:15   SIGN: completed/ror

```
505 |11:13  | 401 |  7/27/11|       |         |   | AF/    014 RES/020/
    |       |     |          |       |         |   |
```

```
    |       |     |  7/27/11| 14:15 | 14:15   |   |    completed/ror
    |       |     |         |       |         |   |
```

| 4339|STEPTOE & JOHNSON-CENTURY CITY | SDRSCH | | 4990594 | 083 |

MARIA RODRIGUEZ | 83897.0001        |    1/  1          |  7/27/11 |
pu info:========================================

LASC-SANTA MONICA                   | RTRN COPY ON RUN  |  7/27/11 |
1725 MAIN STREET                    |                   |          |
SANTA MONICA     CA   90401         |                   |          |
310 260-3766     Ext:3626  Zns: 28/5|                   |          |
8:30AM-4:30PM    Rm:DEPTS A-E,G-Q   |                   |  ** RE-PRINT ** |

del info:===========================================================
STEPTOE & JOHNSON-CENTURY CITY      | SC 111198         |  7/27/11 |
2121 AVENUE OF THE STARS            | MASSOUD YASHOUAFAR V|        |   401
LOS ANGELES      CA   90067         | OBTAIN MINUTE ORDER|          |
310 734-3200              Zns: 20/4 | FM 6/8/11          |To:11:08  |
                 Rm:STE 2800        |                   |          |
                                    |    7/27/11   11:08| Yes      |   ???


 7/27/11 11:12:54 083 SC 111198
 7/27/11 11:12:55 083 MASSOUD YASHOUAFAR V VAN NUYS PLYWO
 7/27/11 11:12:56 083 OBTAIN MINUTE ORDER  FM 6/8/11

**LACourtONLINE**

## Civil Case Document Images

Receipt (Los Angeles Superior Court)

( Help )

Your credit card statement will reflect a charge from L.A. Superior Court. Your receipt number is **111081816724**. The actual amount charged is indicated below.

Click on the "Print this Page" button to print a copy for your records.

After printing, click on the "Continue" button to proceed.

| Civil Case Document Images - BC454190 | Amount |
|---|---|
| 7/28/2011 - NOTICE OF CASE REASSIGNMENT - 4 page(s) | $7.50 |
| 7/11/2011 - Minute Order - 1 page(s) | $7.50 |
| 6/21/2011 - LPS AGENCY SALES AND POSTINGS - 6 page(s) | $7.50 |
| 6/21/2011 - DEFENDANTS BECKSTROM POSTING, - 7 page(s) | $7.50 |
| 6/21/2011 - DEFENDANT LPS AGENCY SALES AM) - 7 page(s) | $7.50 |
| 6/8/2011 - ANSWER OF MALIHU RECONVEYANCE, - 3 page(s) | $7.50 |
| 6/8/2011 - CROSS-COMPLAINT OF MALIBU RECO - 6 page(s) | $7.50 |
| 6/3/2011 - NOTICE OF RUL[NG ON DEFENDANTS - 3 page(s) | $7.50 |
| 6/2/2011 - ORDER - 2 page(s) | $7.50 |
| 6/2/2011 - Minute Order - 1 page(s) | $7.50 |
| **Total:** | **$75.00** |

**Transaction Remark:** 83897.0001

**Transaction Date:** 08/18/2011 08:35:22

**Credit Card Number:** ...3565

**Credit Card Type:** Visa

**Bill to:** Neubauer, Mark
789 Westbourne Avenue
Los Angeles, CA 90024



Attachment to Bill of Costs, page 42

**LACOURTONLINE**

## Civil Case Document Images

Receipt (Los Angeles Superior Court)                     ( *Help* )

Your credit card statement will reflect a charge from L.A. Superior Court. Your receipt number is **1110818J6731**. The actual amount charged is indicated below.

Click on the "Print this Page" button to print a copy for your records.

After printing, click on the "Continue" button to proceed.

| Civil Case Document Images - BC454190 | Amount |
|---|---|
| 5/13/2011 - MINUTE ORDER - 2 page(s) | $7.50 |
| 4/8/2011 - Minute Order - 1 page(s) | $7.50 |
| 3/25/2011 - FIRST AMENDED COMPLAINT FOR: ( - 12 page(s) | $7.64 |
| Total: | $22.64 |

**Transaction Remark:**  83897.0001

**Transaction Date:** 08/18/2011 08:42:59

**Credit Card Number:** ...3565

**Credit Card Type:** Visa

**Bill to:**
Neubauer, Mark
789 Westholme Avenue
Los Angeles, CA 90024

[ Print this page ]  [ Continue ]

Attachment to Bill of Costs, page 43

**Rodriguez, Maria**

| | |
|---|---|
| **From:** | Susana Huerta Csr <shuerta@dtrac.firstlegalsupport.com> |
| **Sent:** | Thursday, August 18, 2011 5:20 PM |
| **To:** | Rodriguez, Maria |
| **Subject:** | First Legal conf. for Ctrl# 5009589 |

FIRST LEGAL SUPPORT-LA

ATTN: MARIA RODRIGUEZ
083
CTRL: 5009589   ORDER DATE: 8/18/11   SERVICE TYPE: ASPRSCH
CUST: 4339 STEPTOE & JOHNSON-CENTURY CITY       REF: 83897.0001

PU: LASC-SANTA MONICA          DL: STEPTOE & JOHNSON-CENTURY CITY
   1725 MAIN STREET            2121 AVENUE OF THE STARS
   SANTA MONICA   CA 90401        LOS ANGELES   CA 90067
   RM:DEPTS A-E,  TO SEE: 8:30AM-4:30P   RM:STE 2800
   4/29/11 CROSS CMPLNT
   4/1/11 DEC                 ADV.FEES $ 91

DEL DATE:  8/18/11   TIME: 16:30   SIGN: completed/ror/pdf

```
===========================   =======================
  505 |11:00 |  401 |  8/18/11|      |      |   |
       |       |      |         |      |      |   |
==================================================================
       |       |      |         |      |      |   |
    |        |         |         |      |      |   |
==================================================================Cntrl#========
  4339|STEPTOE & JOHNSON-CENTURY CITY    | ASPRSCH |      | 5009589 | 083
==================================================================
                                        |         |      |
  MARIA RODRIGUEZ | 83897.0001           |  1/  1  |      | 8/18/11 |
  pu info:================================|=================|========|
========
  LASC-SANTA MONICA                    | 4/29/11 CROSS CMPLNT| 8/18/11 |
  1725 MAIN STREET                     | 4/1/11 DEC          |         |
  SANTA MONICA      CA   90401         |                     |         |
  310 260-3766    Ext:3626  Zns: 28/5  |                     |         |
  8:30AM-4:30PM    Rm:DEPTS A-E,G-Q    |                     |         |
                                       |                     | ** RE-PRINT **
  del info:==============================================================
  STEPTOE & JOHNSON-CENTURY CITY       | SC 111198           | 8/18/11 |
  2121 AVENUE OF THE STARS             | MASSOUD YASHOUAFAR V|         | 401
  LOS ANGELES       CA   90067         | 7/18/11 RJN*6/27/11 |         |
  310 734-3200             Zns: 20/4   | IRST AMNT CMPLNT*3/2|To:10:56 |
                  Rm:STE 2800          |                     |         |
                                       |    8/18/11  10:56|   Yes    | ???
```

8/18/11 10:59:42 083 SC 111198
8/18/11 10:59:43 083 MASSOUD YASHOUAFAR V VAN NUYS
8/18/11 10:59:44 083 7/18/11 RJN*6/27/11 FIRST AMNT CMPLNT*3/22/11 ABS OF JUG

8385.0001



# INVOICE

**Liti land Reprographics Inc dba**
**KEYSTONE Document Discovery**
**1940 Century Park East**
**Suite B-100**
**Los Angeles, CA 90067**
**Tel: 310.553.5597  Fax: 310.553.5501**

**WWW.KEYSTONEDD.COM**

| DATE | INV NO. |
|---|---|
| 9/15/2011 | **20640** |

| | | |
|---|---|---|
| **24/7** | SHIP TO: | |
| **LITIGATION DOCUMENT MANAGEMENT SINCE 1993** | ORDERED BY: | Nicholas H.  *NH OK 6 PM* |
| | FILE # / REF: | 83897.0001  *OK Re[...]* |
| | ATTORNEY: | |

BILL TO:
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
Attention: Nicholas Hobbs

| JOB NO. | DUE DATE | TERMS | REP | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| **KEY 25292** | **10/15/2011** | Net 30 | MF | 9/15/2011 | Hand Deliver |

| ITEM | DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|---|
| Litigation Copying | Black & White Copies - Heavy Grade | 2,919 | 291.90T |
| Velo Bind | Velo Binding w/Covers - Rebind | 5 | 14.95T |
| Invoicing | This invoice is priced and created by Mario Falconi | | 0.00T |
| | Sales Tax | | 26.85 |

*Please authorize this invoice and submit it to your accounts payable person immediately.*
*Please be advised that it is the responsibility of the ordering party (in the SHIP TO section) to obtain and submit the appropriate authorizations from attorneys, other firm locations, third-party firms and/or other departments for immediate payment of this invoice. Thank you for your cooperation!*
 This invoice was mailed on:
 This invoice was e-mailed on:
 This invoice was hand delivered on:
*NAME:*                                    *DATE:*
*SIGNATURE:*
*(Faxed, e-mailed or mailed invoices do not require a signature)*

| **TOTAL** | $333.70 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$333.70** |

**We Accept Visa, Master, Discover & American Express Cards.**

   

Upon completion of your job, we will promptly deliver our invoices by our CSRs, via fax, e-mail or mail.  Any discrepancies must be received in writing within two business days upon receipt of this invoice regardless of delivery method, otherwise our work will be deemed complete and you agree to the terms below:
## 1. Client is responsible for payment of this invoice within our terms, regardless of client's receipt of payment;
2.  Your loss of clients, case and/or renumeration does not relieve your obligation to pay all sums due to KEYSTONE;
3.  The work described above has been authorized, received, and verified correct, and the invoice amount has been verified correct;
4.  In the event KEYSTONE needs to recover payment for this past due invoice, client agrees to pay all court and attorney fees incurred for the collection;
5.  Invoices past due will incur a 1.5% late fee each month.

Attachment to Bill of Costs, page 46

# STEPTOE & JOHNSON LLP

## ATTORNEYS AT LAW

Rebecca Edelson
Tel 310.734.3213
Fax 310.734.3214
redelson@steptoe.com

2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
Tel 310.734.3200
Fax 310.734.3300
steptoe.com

September 27, 2011

**By U.S. Mail**

John Clark Brown. Jr., Esq.
5701 W. Slauson Avenue. Suite 120
Culver City, California 90230-3419
clarkbrown@jcbjrlaw.com
assistant@jcbjrlaw.com

Re:    *Howard L. Abselet v. Alliance Lending Group, Inc., et al.*
          USDC Central Dist. of California Case No. CV11-00815-JFW (JEM)x

Dear Mr. Brown:

Enclosed is our check for $10 for the copy costs of Ms. Monge's foreclosure file.

Sincerely,

Rebecca Edelson

Enclosure

# STEPTOE & JOHNSON LLP

| VENDOR # | VENDOR NAME | | | | CHECK # | CHECK DATE |
|---|---|---|---|---|---|---|
| 17368 | JOHN CLARK BROWN, JR., ESQ. | | | | 11450 | 09/27/2011 |

| VOUCHER # | INV DATE | INVOICE # | COMMENTS | GROSS | DISCOUNT | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 792679 | 09/13/2011 | 34162 | JOHN CLARK BROWN, JR., ESQ., INV. 34162 DATED 9/13/11 RE COPY CHARGES FOR DOCUMENTS PRODUED BY DEF. MALIBU RECONVEYANCE | 10.00 | 0.00 | 10.00 |
| CUSTOMER REF# | | | CHECK TOTALS | 10.00 | 0.00 | 10.00 |



WARNING – THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM FEATURES

STEPTOE & JOHNSON LLP

TEN AND 00/100 Dollars

JOHN CLARK BROWN, JR., ESQ.
5701 WEST SLAUSON AVENUE
SUITE 120
CULVER CITY, CA 90230

SECURE FEATURES INCLUDE INVISIBLE FIBERS • MICROPRINTING • VOID FEATURE/PANTOGRAPH • ENDORSEMENT BACKER • BROWNSTAIN CHEMICAL REACTANT

⑈11450⑈ ⑆122016066⑆ 112⑈596445⑈

| | |
|---|---|
| **From:** | Susana Huerta Csr <shuerta@dtrac.firstlegalsupport.com> |
| **Sent:** | Tuesday, October 11, 2011 4:01 PM |
| **To:** | Rodriguez, Maria |
| **Subject:** | First Legal conf. for Ctrl# 5043951 |

FIRST LEGAL SUPPORT-LA

ATTN: MARIA RODRIGUEZ
083
CTRL: 5043951   ORDER DATE: 9/28/11   SERVICE TYPE: SDRSCH
CUST: 4339 STEPTOE & JOHNSON-CENTURY CITY      REF: 83897-0001 ABSELET

PU: LASC-SANTA MONICA          DL: STEPTOE & JOHNSON-CENTURY CITY
   1725 MAIN STREET            2121 AVENUE OF THE STARS
   SANTA MONICA    CA 90401       LOS ANGELES    CA 90067
   RM:DEPTS A-E,  TO SEE: 8:30AM-4:30P    RM:STE 2800
      9/23/11 OPP TO EX=PA
      RTE APPLICATION FOR          ADV.FEES $  76
      TRO.

DEL DATE: 10/11/11   TIME: 15:30   SIGN: completed/ror/pdf

```
===================================================================
 505 |10:24 |   401 |  9/28/11|        |        |   | AF/    076 RES/060/
     |       |        |        |        |        |   |
===================================================================
     |       |        | 10/11/11| 15:30| 15:30 |   | completed/ror/pdf
     |       |        |        |        |        |   |
===================================================================Cntrl#=======
  4339|STEPTOE & JOHNSON-CENTURY CITY   | SDRSCH  |        | 5043951 | 083
===================================================================
MARIA RODRIGUEZ | 83897-0001 ABSELET  |    1/  1          | 9/28/11 |
pu info:======================================================
=======
  LASC-SANTA MONICA                  | 9/23/11 OPP TO EX=PA| 9/28/11 |
  1725 MAIN STREET                   | RTE APPLICATION FOR |         |
  SANTA MONICA      CA   90401       | TRO.                |         |
  310 260-3766   Ext:3626  Zns: 28/5 | 9/23/11 EX PARTE    |         |
  8:30AM-4:30PM   Rm:DEPTS A-E,G-Q   | APPLICATION FOR TRO |         |
                                     | ETC                 | ** RE-PRINT **
del info:===========================================================
STEPTOE & JOHNSON-CENTURY CITY       | SC 111198           | 9/28/11 |
2121 AVENUE OF THE STARS             | YASHOUAFAR V VAN NUY|         | 401
LOS ANGELES       CA   90067         | OBTAIN 9/22/11 OR 9/|         |
310 734-3200             Zns: 20/4   | 3/11 ANS TO 1ST AMNT|To:10:22 |
            Rm:STE 2800              |                     |         |
                                     |   9/28/11   10:22|  Yes   | ???
```

```
 9/28/11 10:24:27 083 SC 111198
 9/28/11 10:24:28 083 YASHOUAFAR V VAN NUYS PLYWOOD
 9/28/11 10:24:29 083 OBTAIN 9/22/11 OR 9/23/11 ANS TO 1ST AMNT CMPLNT
 9/28/11 12:43:23 083 file order fm d-m
 9/30/11 09:05:18 083 RESEARCH ATTORNEY HAS THE FILE///HEARING SET FOR OCT 7
10/07/11 10:09:28 083 per maria follow up after hearing
```

LA*Court*ONLINE

# Civil Case Document Images

Receipt (Los Angeles Superior Court)

( Help )

Your credit card statement will reflect a charge from L.A. Superior Court. Your receipt number is **1111220J9235**. The actual amount charged is indicated below.

Click on the "Print this Page" button to print a copy for your records.

After printing, click on the "Continue" button to proceed.

| Civil Case Document Images - BC466344 | Amount |
| --- | --- |
| 9/26/2011 - DECLARATION OF BEV CASANOVA [N - 236 page(s) | $23.32 |
| 8/30/2011 - DECLARATION OF BEV CASANOVA IN - 236 page(s) | $23.32 |
| 7/28/2011 - COMPLAINT FOR BRFACH OF GUARAN - 188 page(s) | $19.96 |
| **Total:** | **$66.60** |

**Transaction Remark:**      abselet    *83897.001*

**Transaction Date:**      12/20/2011 15:21:18

**Credit Card Number:**      ...3565

**Credit Card Type:**      Visa

**Bill to:**      Neubauer, Mark
789 Westholme Avenue
Los Angeles, CA 90024

[ Print this page ]    [ Continue ]

Attachment to Bill of Costs, page 51

# LA**C**COURT**ONLINE**

## Civil Case Document Images

Receipt (Los Angeles Superior Court)                    ( Help )

Your credit card statement will reflect a charge from L.A. Superior Court. Your receipt number is **1111220J9205**. The actual amount charged is indicated below.

Click on the "Print this Page" button to print a copy for your records.

After printing, click on the "Continue" button to proceed.

| Civil Case Document Images - BC466344 | Amount |
|---|---|
| 11/4/2011 - RIGHT TO ATTACH ORDER AND ORDE - 5 page(s) | $7.50 |
| **Total:** | **$7.50** |

**Transaction Remark:**     83897.0001

**Transaction Date:**     12/20/2011 15:10:00

**Credit Card Number:**  ...3565

**Credit Card Type:**     Visa

**Bill to:**          Neubauer, Mark
789 Westholme Avenue
Los Angeles, CA 90024

[ Print this page ]   [ Continue ]

**STEPTOE & JOHNSON**
2121 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

Date: 09-Feb-12
Work Order #: 1492535
Log #: LA12020019
Order Date: 09-Feb-12
Salesperson: Clemente

Requestor: Susan Mcloughlin

Billing Reference: 83897.0001 Howard L . Abselet·

| Quantity | Description | Unit Price | | Total |
|---|---|---|---|---|
| 10116 | Copy - Heavy | $ | 0.16 | $ 1,618.56 |
| 1121 | Tabs | $ | 0.25 | $ 280.25 |
| 12 | Binders - 4" | $ | 24.00 | $ 288.00 |
| 6 | Binders - 2" | $ | 15.00 | $ 90.00 |
| 12 | Binders - 1" | $ | 10.00 | $ 120.00 |
| 2 | Hand Labor (3 hole punching - special) | $ | 45.00 | $ 90.00 |

1 Set Master & 3 sets of binders 1-9

**PRELIMINARY INVOICE - DO NOT PAY**

| | | |
|---|---|---|
| Subtotal | $ | 2,486.81 |
| 8.75% | $ | 217.60 |
| Shipping | | |
| TOTAL | $ | 2,704.41 |

Attachment to Bill of Costs, page 53

# BOND PREMIUM



# BOND SERVICES
## OF CALIFORNIA, LLC

900 Wilshire Blvd., Suite 1400
Los Angeles, CA 90017-4700
Fax: (213) 628-2977    Phone: (213) 628-2970

*83897.001*

*OK TO PAY* [signature]

## Invoice Statement for Bond #: 457688

| | |
|---|---|
| Pymt Due Date: | 12/1/2011 |
| Bond Class: | CIVIL |
| Bond Type: | WRIT OF ATTACHMENT |

| | |
|---|---|
| Bond #: | 457688 |
| Case #: | 11CV00815-JFW |
| File #: | 0 |

STEPTOE & JOHNSON, LLP, Attorneys At Law
MARK NEUBAUER
2121 AVENUE OF THE STARS STE 2800
LOS ANGELES, CA 90067

Howard L Abselet
114 Pine St.
Port Jefferson Station, NY 11776-

| SURETY: AMERICAN CONTRACTORS INDEMNITY COMPANY | BOND #: 457688 | BOND AMT: $10,000.00 | PREMIUM:: $200.00 |
|---|---|---|---|

| Inv Date | Inv # | Description | Amt |
|---|---|---|---|
| 12/01/11 | 580836 | Dec 01 11 to Dec 01 12 PREMIUM ON WRIT OF ATTACHMENT BOND FOR HOWARD L. ABSELET v. SOLYMAN & MASSOUD AARON YASHOUAFAR ALLIANCE LENDING GROUP, INC. | 200.00 |
| | 580837 | FEDERAL EXPRESS FEE | 20.00 |

**Payment must be received by the due date unless we receive proper cancellation evidence.**
**To inquire about proper cancellation evidence for your bond, please contact our office for assistance**

Printed:
12/01/11 11:12

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## TO ENSURE PROPER CREDIT - DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT

**LEASE REMIT PAYMENT TO:**
OND SERVICES OF CALIFORNIA, LLC
.O.Box 515318
os Angeles, CA 90051

rint Change of Address or new telephone number below:

_____
ddress
_____
ty, State Zip

( )          ( )
me Phone          Work Phone

**TO PAY BY CREDIT CARD PLEASE PROVIDE THE FOLLOWING INFORMATION:**
ISA ☐    MASTER CARD ☐
ard #: _____    Expiration Date: Mo ___ Yr ___
ame on Card: _____    Billing Zip: ___
gnature: _____    Date ___

| Bond # | 457688 |
|---|---|
| Case # | 11CV00815-JFW |
| Class | CIVIL |
| Obligee | Solyman & Massoud Aaron Yashouafar |

Amount Due: **220.00**
Amount Enclosed: *220.00*

| INVOICE STATEMENT SUMMARY | |
|---|---|
| INVOICE #: 580836 | 200.00 |
| INVOICE #: 580837 | 20.00 |
| Total Due: | 220.00 |

Attachment to Bill of Costs, page 55   *12/6/11*

# STEPTOE & JOHNSON LLP

| VENDOR # | VENDOR NAME | | CHECK # | CHECK DATE |
|---|---|---|---|---|
| 15213 | BOND SERVICES OF CALIFOR....LLC | | 11514 | 12/06/2011 |

| VOUCHER # | INV DATE | INVOICE # | COMMENTS | GROSS | DISCOUNT | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 802168 | 12/01/2011 | 457688 | BOND SERVICES OF CALIFORNIA LLC, INV. 457688 DATED 12/1/11 RE FEE FOR BOND RE WRITS OF ATTACHEMENT | 220.00 | 0.00 | 220.00 |
| CUSTOMER REF# | | | CHECK TOTALS | 220.00 | 0.00 | 220.00 |



WARNING – THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM FEATURES

STEPTOE & JOHNSON LLP

TWO HUNDRED TWENTY and 00/100 Dollar

BOND SERVICES OF CALIFORNIA LLC
PO BOX 513818
LOS ANGELES, CA 90051-66418

SECURE FEATURES INCLUDE INVISIBLE FIBERS • MICROPRINTING • VOID FEATURE PANTOGRAPH • ENDORSEMENT BACKER • BROWNSTAIN CHEMICAL REACTANT

# FEES FOR TRIAL GRAPHICS

STEPTOE & JOHNSON LLP
ATTORNEY TRUST ACCOUNT
2121 Avenue Of The Stars, Ste 2800
Los Angeles, CA 90067

1864

80-871/7/1222
BRANCH 02670

DATE February 27, 2012

PAY
TO THE
ORDER OF ___ FTI Consulting, Inc. ___

$ 4,445.50

four thousand four hundred forty five and 50/100 _____ DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR Inv. # 7286869

⑈00⑈864⑈ ⑈⑈222⑈87⑈70⑈ ⑈⑈200003⑈58740⑈⑈



*Invoice Summary*

Mark A. Neubauer, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052

February 17, 2012
FTI Invoice No. 7286869
FTI Job No. 006404.0163
Terms NET 30
FEDERAL I.D. NO. 52-1261113

Re: Abselet v. Alliance Lending Group

Current Invoice Period: Charges Posted through February 10, 2012

## PROFESSIONAL SERVICES

| | |
|---|---|
| Graphics Consulting & Design/Production | $3,130.50 |
| Technology Consulting | $1,305.00 |
| **Total Professional Services** | $4,435.50 |

## EXPENSES

| | |
|---|---|
| Park/Toll | $10.00 |
| **Total Expenses** | $10.00 |
| **Total Due This Period** | $4,445.50 |

Net Due........................................................................................................ $4,445.50



*Invoice Remittance*

Mark A. Neubauer, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052

February 17, 2012
FTI Invoice No. 7286869
FTI Job No. 006404.0163
Terms NET 30
FEDERAL I.D. NO. 52-1261113

Re: Abselet v. Alliance Lending Group

Current Invoice Period: Charges Posted through February 10, 2012

Professional Services................................................................. $4,445.50
Expenses..................................................................................... $0.00

Total Amount Due this Period.................................................... $4,445.50

Previous Balance Due................................................................. $0.00

**Net Due**................................................................................ **$4,445.50**

*Please Remit Payment To: FTI Consulting, Inc.*
*P.O. Box 418005*
*Boston, MA 02241-8005*

*Wire Payment To: Bank of America, NA*
*Rockville, MD 20852*
*Account #: 002001801422*
*ABA #: 026009593*

*ACH Payments To: Bank of America, NA*
*Rockville, MD 20852*
*Account #: 002001801422*
*ABA #: 052001633*



## PROFESSIONAL SERVICES

**Graphics Consulting & Design/Production**

**Bruce Graham**

| | | | |
|---|---|---|---|
| 02/01/12 | Work on demonstratives for opening | 1.20 | |
| 02/02/12 | Work on demonstratives for opening | 2.20 | |
| 02/03/12 | Work on demonstratives for opening | 2.40 | |
| | $325.00 per hour x total hrs of | 5.80 | $1,885.00 |

**David Reeder**

| | | | |
|---|---|---|---|
| 01/31/12 | Meeting in Century City with M. Neubauer regarding graphics | 1.50 | |
| 02/01/12 | Production of timeline | 1.20 | |
| 02/02/12 | Revisions to graphics for opening statement | 1.00 | |
| 02/03/12 | Revisions to opening statement graphics | 1.00 | |
| | $265.00 per hour x total hrs of | 4.70 | $1,245.50 |

**Technology Consulting**

**Maria Prince**

| | | | |
|---|---|---|---|
| 02/08/12 | Coordination and scheduling of courtroom equipment and setup | 0.60 | |
| | $225.00 per hour x total hrs of | 0.60 | $135.00 |

**Tho Nguyen**

| | | | |
|---|---|---|---|
| 02/02/12 | Create TrialMax database, rotate, deskew exhibits images, backup database | 3.50 | |
| 02/07/12 | Courtroom survey | 1.50 | |
| 02/10/12 | Standby for equipment setup | 1.00 | |
| | $195.00 per hour x total hrs of | 6.00 | $1,170.00 |

## Expenses

**Park/Toll**

| | | | |
|---|---|---|---|
| 02/10/12 | Parking - Tho Nguyen. Courtroom setup | | $10.00 |
| | | Total | $10.00 |

Attachment to Bill of Costs, page 61