MARK A. NEUBAUER (SBN 73728)
REBECCA EDELSON (SBN 150464)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone: (310) 734-3200
Facsimile:(310) 734-3300
Email:    mneubauer@steptoe.com
Email:    redelson@steptoe.com

CLOSED

Attorneys for Plaintiff
HOWARD L. ABSELET

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD L. ABSELET, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIANCE LENDING GROUP, INC., a California corporation; SOLYMAN YASHOUAFAR, an individual; MASSOUD AARON YASHOUAFAR, an individual, HAMID JOSEPH NOURMAND, an individual, MALIBU RECONVEYANCE, LLC, a California limited liability company, VAN NUYS PLYWOOD, LLC, a California limited liability company, SODA PARTNERS, LLC, a California limited liability company, and DOES 1-10, inclusive <br><br> Defendants. <br> AND RELATED CROSS-CLAIMS. | Case No.: CV11-00815 JFW (JEMx) <br> Assigned to Hon. John F. Walter <br><br> **SECOND AMENDED JUDGMENT** <br><br> Complaint Filed: 1/27/11 <br> Pretrial Conf. Date:1/27/12,  2/10/12 <br> Trial Date:         Vacated |

[PROPOSED] AMENDED JUDGMENT

Doc. # CC-268796 v.1

Plaintiff Howard L. Abselet ("Abselet") having filed his operative Second Amended Complaint against Defendants Hamid Joseph Nourmand ("Nourmand"), Alliance Lending Group, Inc. ("Alliance"), Solyman Yashouafar ("S-Yashouafar") and Massoud Aaron Yashouafar ("M-Yashouafar"), Malibu Reconveyance, LLC ("Malibu"), Van Nuys Plywood, LLC ("Van Nuys"), and Soda Partners, LLC ("Soda"), Malibu and Van Nuys having filed Cross-Complaints against one another, and Malibu having filed a Third Party Complaint against Third Party Defendant LPS Agency Sales and Posting("LPS"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

**Plaintiff's Claims:**

Based on the stipulation between Plaintiff Abselet and the Borrower Defendants for the entry of Judgment upon the Default of the Borrower Defendants of their obligations under the Settlement Agreement previously approved by this Court, and the Court having found the Borrower Defendants have defaulted on those obligations to Plaintiff Abselet, Judgment is hereby awarded in favor of Plaintiff Abselet and against Defendants Alliance Lending Group, Inc., Solyman Yashouafar and Massoud Aaron Yashouafar, jointly and severally, as follows:

(1) in the sum of $5,986,580.20 with interest at the rate set forth below commecing on June 9, 2012, plus attorneys' fees and costs in the additional sum of $800,000.00, plus interest on that amount at the rate as set forth below commencing June 27, 2012.

(2) Said Defendants are further ordered to pay to Plaintiff Abselet the additional sum of $4,520.00 as attorneys' fees for the cost of the Motion to Enforce the Settlement;

(3) Interest on all of said sums shall accrue at the rate of 6% (six percent) per annum simple interest until paid in full;

(4)  The Borrower Defendants having previously waived their right to appeal, Plaintiff Abselet is entitled to immediately commence levy and other enforcement of this Judgment against the Borrowers Defendants.

(5)  Nothing in this Judgment diminishes Plaintiff's rights, assignments to Plaintiff and security interests conveyed to Plaintiff under the Settlement Agreement.

(5) As to the Borrower Defendants, the Settlement and this judgment are subject to specific enforcement by the Court as well as this judgment is enforceable by contempt. The Court continues to retain jurisdiction to enforce the Settlement and this judgment as to the Borrower Defendants.

**Malibu's and Van Nuys' Cross-Claims:**

Malibu's and Van Nuys' Cross-Claims against one another were by stipulation dismissed without prejudice.

Malibu and Van Nuys shall take nothing by way of their Cross-Complaints against one another.

**Malibu's Third Party Claims Against LPS:**

Malibu's Third Party Complaint against LPS was by stipulation dismissed without prejudice.

Malibu shall take nothing by way of its Third Party Complaint against LPS.

Nourmand, the Borrower Defendants, and Malibu have waived any rights to appeal this judgment.  However, Plaintiff Abselet reserves rights to appeal the judgment as to Van Nuys and Soda.

**SO ORDERED.**

Dated:  August 10, 2012

JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE