**FILED**
CLERK, U.S. DISTRICT COURT

October 19, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____jloz\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOWARD L. ABSELET<br><br>**Plaintiff and Judgment Creditor,**<br><br>vs.<br><br>**ALLIANCE LENDING GROUP, INC., a California corporation; SOLYMAN YASHOUAFAR, an individual, MASSOUD AARON YASHOUAFAR, an individual,**<br><br>**Defendants**. | CV 11-00815 JFW (JEMx)<br><br>**PRELIMINARY INJUNCTION**<br><br>**Courtroom: 16**<br>**Hon. John F. Walter**<br>**United States District Court Judge** |

The Court having:

- Granted on August 7, 2015 the *Ex Parte* Application (Dkt. 560) of Plaintiff and Judgment Creditor Howard L. Abselet ("Abselet") for a Temporary Restraining Order prohibiting Defendants and Judgment Debtors Massoud Aaron Yashouafar and Solyman Yashouafar (collectively "Judgment Debtors") from transferring, encumbering, assigning or otherwise alienating their interests in the non-party California limited partnership named Encino Corporate Plaza, L.P., to which the California Secretary of State has assigned entity number 2000308000016 ("ECPLP") until the Court rules on the Motion Of Judgment Creditor Howard L. Abselet For: (1) An Order Assigning All Interests Of Defendants And Judgment Debtors In Certain Proceeds; (2) An Order Charging The Interests Of Judgment Debtors In ECPLP; and (3) Foreclosure Of Judgment Debtors' Interests In ECPLP (the "Motion"); and

- Granted on August 14, 2015 Abselet's request for a Preliminary Injunction (Dkt. 566); and

- Granted on August 31, 2015 the Motion (Dkt. 577) and ordered counsel to submit a proposed preliminary injunction consistent with the Court's statements at the hearing, hereby ORDERS as follows:

Judgment Debtors, and their respective agents and representatives, SHALL BE AND ARE PRELIMINARILY ENJOINED FROM transferring, encumbering, assigning, selling, gifting or otherwise alienating all or any part of their legal or beneficial interests in ECPLP, or in any entity that has or has had a direct or indirect interest in ECPLP, or in any alleged successor(s)-in-interest to ECPLP, or in or to any payments of any kind due from ECPLP, or any alleged successor(s)-in-interest to ECPLP.

DATED: October 19, 2015

_____

Hon. John F. Walter
United States District Court Judge