UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 11-815-JFW (JEMx)**  Dated: **May 23, 2016**

Title: Howard L. Abselet -v- Alliance Lending Group, Inc., et al.

PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly  Miranda Algorri
Courtroom Deputy  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

Andrew F. Kim  Kevin Davis
  [appearing for Leif E. Swedlow]

**PROCEEDINGS:** **MOTION OF JUDGMENT CREDITOR HOWARD L. ABSELET FOR INJUNCTION [fld 4/22/16, doc 706]**

Case called, and counsel make their appearance. Also appearing is Levene Neale Bender Yoo and Brill L.L.P. through its in-house general counsel, Beth Ann R. Young.

For the reasons stated on the record, the Court finds that Plaintiff is entitled to the Preliminary Injunction.

Counsel shall submit a revised proposed order not later than May 27, 2016.

Initials of Deputy Clerk ___sr___