FILED
CLERK, U.S. DISTRICT COURT
5/26/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOWARD L. ABSELET,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIANCE LENDING GROUP, INC., a California corporation; *et al.*,<br><br>    Defendants. | Case No. 2:11-CV-00815 JFW (JEMx)<br>[Related Cases: 2:15-CV-7625 JFW (JEMx); 2:15-CV-8570 JFW (JEMx)]<br><br>**INJUNCTION**<br><br>Date:  May 23, 2016<br>Time:  1:30 p.m.<br>Place:  Courtroom 16 |

INJUNCTION

The Court having held on May 23, 2016, that Plaintiff and Judgment Creditor Howard L. Abselet ("Plaintiff") is entitled to an injunction, ORDERS as follows:

(A) Defendants and Judgment Debtors Massoud Aaron Yashouafar ("Massoud") and Solyman Yashouafar ("Solyman," and together with Massoud, the "Judgment Debtors"), and their representatives, agents, employees, and co-conspirators (including but not limited to Yaas Capital, LLC, Lyon-GP, LLC, Lyon Realty Holdings, LLC, Ataollah and Saltanat Yashouafar, L.P., Whiterock Realty Solutions, Inc., Hudson Labor Solutions, Inc., Kadima Security Services, Milbank Real Estate Services, Raymond Yashouafar individually and as trustee of Yashouafar Family Trust I, Justin Yashouafar individually and as trustee of Yashouafar Family Trust II, Rodney Yashouafar, and Haleh Fahti) are enjoined from interfering with effectuation of this Court's order(s) that (1) Plaintiff is the sole shareholder of ECP Building, Inc. ("ECP Building") and (2) ECP Building is the sole general partner of Encino Corporate Plaza, L.P. ("ECPLP"), including but not limited to purporting to act on behalf of ECP Building and/or ECPLP, or exercising dominion and control over the assets (including their physical and electronic files, books, and records) of ECP Building and/or ECPLP;

(B) The Judgment Debtors shall immediately turn over to ECP Building, all of ECP Building's and ECPLP's physical and electronic files, books and records;

(C) Levene, Neale, Bender, Yoo & Brill L.L.P., Lewis Landau, and Kevin Davis shall immediately, and by no later than June 2, 2016, turn over to ECP Building, all of ECP Building's and ECPLP's physical and electronic files, books and records;

1  (D) The production of ECP Building's and ECPLP's physical and electronic files, books and records in compliance with this Injunction by Levene, Neale, Bender, Yoo & Brill L.L.P., Lewis Landau, and/or Kevin Davis (and/or any other current or former counsel for ECP Building and/or ECPLP who produce in compliance with this Injunction) is not a waiver of the attorney client privilege, is made in furtherance of this Court's orders and will not expose Levene, Neale, Bender, Yoo & Brill L.L.P., Lewis Landau, or Kevin Davis (or any other current or former counsel for ECP Building and/or ECPLP who produce in compliance with this Injunction) to any claims by ECPLP, ECP Building and/or their respective present or former principal(s), shareholders and/or owners arising from the act(s) of producing physical and electronic files, books and records in compliance with this Injunction.

DATED: May 26, 2016

_____
The Hon. John F. Walter
United States District Judge