# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.   **CV 11-815-JFW (JEMx)**                                              Date:  November 7, 2016

Title:      Howard L. Abselet -v- Alliance Lending Group, Inc., et al.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                             None Present
   Courtroom Deputy                           Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                           None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE CONTEMPT**


   On August 30, 2016, the Court issued an Order on Motion to Order Occupants to Vacate Building ("Order"), which, amongst other things, required Kadima Security Solutions, Inc. ("Kadima"), Whiterock Realty Solutions, Inc. ("Whiterock"), and Kevin Davis ("Davis") (collectively, the "Occupants") to vacate and leave the property located at 16661 Ventura Boulevard, Encino, California (the "Property") by September 6, 2016.  According to the Receiver's November 4, 2016 *Ex Parte* Application for Sanctions and to Enforce the Court's Order ("Application"), the Occupants have not complied with the August 30, 2016 Order because they are still in possession of Suites 600 and 608 of the Property and are not paying rent.

   Accordingly, Kadima, Whiterock and Davis shall show cause at a hearing before this Court on November 10, 2016, at 11:00 a.m., why they should not be held in contempt of Court for violating the Court's Order dated August 30, 2016.  Kadima, Whiterock and Davis shall serve and file their written response to this Order, including declarations and documentary evidence on or before November 8, 2016.

   IT IS SO ORDERED.