1  Gregory S. Markow (SBN 216748)
   **CGS3, LLP**
2  12750 High Bluff Drive, Suite 250
   San Diego, California 92130
3  Telephone: (858) 367-7676
   Facsimile: (858) 345-1991
4  E-mail:  gmarkow@cgs3.com

5  Attorneys for Receiver
   William J. Hoffman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOWARD L. ABSELET,<br><br>             Plaintiff,<br>vs.<br><br>ALLIANCE LENDING GROUP, INC.,<br>a California corporation; et al.,<br><br>             Defendants. | Case No. 2:11-CV-00815 JFW (JEMx)<br>[Related Cases:  2:15-CV-7625 JFW (JEMx); 2:15-CV-8570 JFW (JEMx)]<br><br>**NOTICE OF MOTION FOR AN ORDER APPROVING RECEIVER'S FINAL ACCOUNTING AND REPORT**<br><br>Courtroom: 7A of the Hon. John F. Walter<br>350 W. 1st Street<br>Los Angeles, CA 90012<br>Hearing: June 11, 2018<br>1:30 p.m. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, on June 11, 2018 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7A of the above-captioned court, located at 350 W. 1st Street, Los Angeles, CA 90012, William J. Hoffman (the "Receiver") will, and hereby does, move for an order approving Receiver's Final Accounting and Report.

//
//
//
//

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 20, 2018 at 9:30 a.m.

Dated: May 8, 2018

CGS3, LLP

By: _____
Gregory S. Markow
Attorneys for Receiver
William J. Hoffman